**No. 61975.**—Camarge Trading Co., Inc. *v.* United States, protest 309870–K (Tampa).

Opinion by LAWRENCE, J. An examination of the record disclosing that the protest was not filed within 60 days after liquidation, in accordance with section 514, Tariff Act of 1930 (19 U. S. C. § 1514), the protest was dismissed.